```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

      Plaintiff,
                                        Crim. No. 06-008 (JAF)
      v.

EDISON ELADIO ESPINAL-GENAO,

      Defendant.
```

**O R D E R**

Before we decide what term, if any, to grant in reference to a request for new trial, Docket Document No. 72, the government must respond to this request **within ten (10) days**. We alert the parties and counsel that it was evident throughout the trial that there existed great rapport and a spirit of cooperation between AFPD Valcárcel and the defendant. The court did not perceive any dissatisfaction by defendant over the decisions made by counsel at trial. On the contrary, it was clear that the defense strategy was a calculated maneuver by both counsel and the defendant. It is precisely because of this assessment that we took the extraordinary step of pointing out our discontent with some of the decisions and actions taken in defending the case that we saw as deliberate attempts to impermissibly confuse the issues and disrupt the proceedings to hopefully gain an advantage not based on fact, law or judicious and sensible legal maneuvering.

**IT IS SO ORDERED.**

Criminal No. 06-008 (JAF)                                              -2-

1       San Juan, Puerto Rico, this 28th day of March, 2006.

2                                         S/José Antonio Fusté
3                                          JOSE ANTONIO FUSTE
4                                     Chief U. S. District Judge