UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDISON ELADIO ESPINAL-GENAO,<br><br>    Defendant. | Crim. No. 06-008 (JAF) |

**O R D E R**

The Defendant's "Motion for Extension of Time and/or New Trial," Docket Document No. 72, is **denied**. The decisions made in this case in reference to the defense were obviously strategic in nature. It was evident during the trial that the issues over which the court expressed concern were thought out and seconded by the Defendant and his counsel.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of May, 2006.

                              S/José Antonio Fusté
                              JOSE ANTONIO FUSTE
                              Chief U. S. District Judge